## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

RECEIVED

2007 JAN 16 P 12: 07

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 3. 07 CV 48- WHA |
| | ) | JURY DEMAND |
| MIDWEST METAL PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |

### COMPLAINT

COMES NOW Simpson Ventures, Inc. (hereinafter "SIMPSON"), the Plaintiff herein, and by and through its undersigned attorneys, files this Complaint against the Defendant Mid-West Metal Products Company, Inc., (hereinafter referred to as "MID-WEST"), and in support thereof respectfully shows as follows:

### NATURE OF THE CASE

1.      Plaintiff Simpson seeks legal and equitable remedies for infringement of United States Design Patent No. Des. 534,321 for a PET LITTER PAN HOUSING (hereinafter "the '321 patent") resulting from the actions and conduct of Defendant as set forth herein. A true and accurate copy of the '321 Patent is attached hereto as **Exhibit A**.

2.      This action arises under the patent laws of the United States, 35 U.S.C. § 1 et seq., and this Court has subject matter jurisdiction over all causes of action set forth herein under 28 U.S.C. §§ 1331, 1332, and 1338.

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 and § 1400.

## PARTIES

4.      Plaintiff is an Alabama corporation (Subchapter S) having a regular and established place of business in Auburn, Alabama.

5.      Upon information and belief, Defendant MID-WEST is an Indiana corporation with offices located at 4211 E. Jackson St., Muncie, IN  47303.  Upon information and belief, Defendant MID-WEST is doing business as Mid-West Homes For Pets.

## FACTS

6.      Upon information and belief, Defendant is doing business in the United States including in the State of Alabama and within the judicial district of the United States District Court for the Middle District of Alabama.

7.      Upon information and belief, Defendant is offering to sell, making, selling, and/or importing pet litter pan housings into the United States, including selling through retail pet stores located in the United States, including retail stores in Alabama.

8.      On December 26, 2006, United States Patent No. Des. 534,321, entitled "PET LITTER PAN HOUSING" was duly and legally issued (hereinafter referred to as the '321 Patent), naming Jeffrey M. Simpson of Auburn, Alabama as an inventor.

9.      Plaintiff Simpson Ventures, Inc. is the exclusive licensee under the '321 Patent and has the right to sue on the '321 Patent and collect damages.   Plaintiff Simpson Ventures, Inc. has been (and is) selling a pet litter pan housing under the exclusive license and under the "Mr. Herzher's" brand name.

10.      Upon information and belief, Defendant has been and is currently making, using, offering for sale, selling and/or importing pet litter pan housings that infringe the

'321 Patent.

11.    Upon information and belief, Defendant has been for a time and still is infringing and contributing to/inducing infringement of the '321 Patent by selling infringing pet litter pan housings, including the "Bay Isle" Model 1805 pet litter pan housings, embodying the invention patented under the '321 Patent to customers in the United States, including customers in the Middle District of Alabama. This selling of the Bay Isle model pet litter pan housings is conducted at least in part through established distribution channels, and Defendant will continue to do so unless enjoined by this Court. See **Exhibits B** and **C** (printouts from Defendant's website showing the infringing product and a listing of retailers in Alabama where the product is sold).

12.    The infringing pet litter pan housings manufactured, used, offered for sale, sold and/or imported by Defendant include, but are not necessarily limited to, the Bay Isle pet litter pan housings.

13.    Upon information and belief, Defendant has been and currently is making, using, offering for sale, and/or selling the Bay Isle pet litter pan housings bearing the designation, model name or trademark Model 1805.

14.    Neither Plaintiff nor the patentee Mr. Jeffrey Simpson has granted a license or any other rights to Defendant to make, use, offer for sale, or sell the invention covered by the '321 Patent. Therefore, the conduct of Defendant MID-WEST is unlicensed.

15.    Defendant has closely copied the product and patented design of Plaintiff and upon information and belief Defendant's infringement is willful.

16.    Plaintiff has been damaged by the foregoing infringing acts of the

Defendant in an amount to be determined at trial or upon an accounting.

17.    By reason of said acts by Defendant, Plaintiff has been, and will continue to be, seriously damaged and irreparably injured unless Defendant is enjoined by this Court from the actions complained of herein, and thus, Plaintiff is without an adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for an Order of this Court, entering judgment:

A.    Holding that Defendant has infringed the '321 Patent;

B.    Preliminarily and permanently enjoining Defendant, its officers, agents, employees, representatives, and all others acting in concert therewith, from further infringing, contributing to, or inducing infringement of the '321 Patent;

C.    Awarding damages to Plaintiff pursuant to 35 U.S.C. § 284 in an amount adequate to compensate Plaintiff for the patent infringement, and finding that, in light of the nature of the infringement, such award be increased three times the amount of the damages found or assessed, and for an award to Plaintiff of all its costs and reasonable attorney's fees in respect thereto in accordance with 35 U.S.C. §§ 284-285;

D.    Finding this to be an exceptional case and awarding Plaintiff its reasonable attorney's fees under 35 U.S.C. § 285;

E.    Awarding to Plaintiff, pursuant to 35 U.S.C. § 289, Defendant's gross profits derived from the infringement of the '321 Patent; and

F.    Awarding such further and other relief as this Court may deem just and proper.

_Robert T. Meadows, III_

Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON
VENTURES, INC

## JURY DEMAND

Plaintiff requests a trial by jury of any and all issues triable of right by a jury.

_Robert T. Meadows, III_

Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON
VENTURES, INC.

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)


OF COUNSEL

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia  30339
770.984.2300 (ph)
770.984.0098 (fax)

# Exhibit A



US00D534321S

(12) **United States Design Patent**      (10) Patent No.:      **US D534,321 S**
Simpson et al.                            (45) Date of Patent:    ** Dec. 26, 2006

(54) **PET LITTER PAN HOUSING**

(75) Inventors: **Jeffrey M. Simpson**, 381 Oak Ridge
Dr., Auburn, AL (US) 36830; **Mark A.
Haley**, Asheville, NC (US)

(73) Assignee: **Jeffrey M. Simpson**, Auburn, AL (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/180,465

(22) Filed: **Apr. 24, 2003**

(51) LOC (8) Cl. .................................................. 30-99
(52) U.S. Cl. ........................ D30/161; D30/108; D30/118
(58) Field of Classification Search ........ D30/108–112,
D30/114–118, 161; D3/314; 119/161, 163–170,
119/416–420, 428–430, 433, 435, 452–453,
119/459–460, 462–464, 467, 475, 482, 496–497,
119/311, 329, 28.5, 456, 493
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 989,029 | A | 4/1911 | Newcomb |
| 1,211,762 | A | 1/1917 | Sawyer |
| 2,560,661 | A | 7/1951 | Poovey |
| 2,789,531 | A | 4/1957 | Diefendorf |
| 2,892,562 | A | 6/1959 | Smithson |
| 3,738,322 | A | 6/1973 | Smith |
| 3,774,929 | A | 11/1973 | Stanley |
| 3,978,616 | A | 9/1976 | Peanock |
| 4,027,625 | A | 6/1977 | Wheeler |
| D245,191 | S * | 7/1977 | Gore ......................... D30/161 |
| 4,224,899 | A | 9/1980 | Cruchelow et al. |
| 4,256,056 | A | 3/1981 | Sou |
| D287,650 | S | 1/1987 | Braeuner |
| 4,696,259 | A | 9/1987 | Fewox |
| 4,762,085 | A | 8/1988 | Ondrasik |
| 4,763,606 | A * | 8/1988 | Ondrasik, II ............... 119/474 |
| D308,589 | S * | 6/1990 | Shay ........................ D30/161 |
| D310,740 | S * | 9/1990 | Mannschreck ............. D30/161 |
| 4,989,546 | A | 2/1991 | Cannaday |
| 5,167,202 | A | 12/1992 | Bradford et al. |
| 5,203,281 | A | 4/1993 | Harwich |

| | | | |
|---|---|---|---|
| 5,249,549 | A | 10/1993 | Rockaitis, III |
| 5,282,542 | A | 2/1994 | Mo |
| D347,304 | S * | 5/1994 | Hellem ................... D30/161 |
| 5,337,700 | A * | 8/1994 | Toft ...................... 119/168 |
| 5,469,807 | A | 11/1995 | Kosmaczeska |
| 5,626,098 | A | 5/1997 | Askins et al. |
| 5,649,500 | A | 7/1997 | Klavemann et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

GB        2 238 296 A      5/1991

OTHER PUBLICATIONS

In the Company of Dogs, Spring Preview 2001—Catalog,
Portland, Tennessee; p. 8, Delux Sport Utility Tricycle with
bamboo and rattan wrapped baskets for pets.

*Primary Examiner*—Cathy Anne MacCormac
(74) *Attorney, Agent, or Firm*—Gardner Groft Santos &
Greenwald, P.C.

(57)                **CLAIM**

The ornamental design for a pet litter pan housing, as shown
and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a litter pan housing according
to one embodiment of the present design;
FIG. 2 is a front view of the litter pan housing of FIG. 1;
FIG. 3 is a right side view of the litter pan housing of FIG.
1, the left side being a mirror image;
FIG. 4 is a back view of the litter pan housing of FIG. 1;
FIG. 5 is a top view of the litter pan housing of FIG. 1;
FIG. 6 is a bottom view of the litter pan housing of FIG. 1;
FIG. 7 is a perspective view of a litter pan housing according
to another embodiment of the present design;
FIG. 8 is a front view of the litter pan housing of FIG. 7;
FIG. 9 is a right side view of the litter pan housing of FIG.
7, the left side being a mirror image;
FIG. 10 is a back view of the litter pan housing of FIG. 7;
FIG. 11 is a top view of the litter pan housing of FIG. 7; and,
FIG. 12 is a bottom view of the litter pan housing of FIG. 7.

1 Claim, 12 Drawing Sheets




US D534,321 S

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D382,374 S | 8/1997 | Burks |
| 5,669,331 A | 9/1997 | Richmond |
| 5,845,970 A | 12/1998 | Schwartz |
| 5,890,455 A | 4/1999 | Donchey |
| 5,931,326 A | 8/1999 | Weng |
| 5,943,982 A | 8/1999 | Askins et al. |
| 5,960,744 A | 10/1999 | Rotman |
| 5,967,090 A | 10/1999 | Hui |
| D427,730 S | 7/2000 | Powers et al. |
| 6,131,534 A | 10/2000 | Axelrod |

| | | | | |
|---|---|---|---|---|
| 6,192,834 B1 | 2/2001 | | Kolozsvari | |
| D442,748 S | 5/2001 | | Farrugia | |
| 6,230,915 B1 | 5/2001 | | Liu | |
| 6,318,294 B1 | 11/2001 | | Richmond et al. | |
| 6,354,245 B1 | 3/2002 | | Roddy et al. | |
| D467,041 S | * | 12/2002 | Cortes-Reuter | D30/109 |
| D473,351 S | * | 4/2003 | Critchley | D30/161 |
| D483,156 S | | 12/2003 | Simpson | |
| D491,700 S | * | 6/2004 | Abajian | D30/161 |
| D501,584 S | * | 2/2005 | Abajian | D30/161 |

* cited by examiner



Fig. 1

**U.S. Patent**    Dec. 26, 2006    Sheet 2 of 12    US D534,321 S







*Fig. 3*

U.S. Patent     Dec. 26, 2006     Sheet 4 of 12     US D534,321 S



*Fig. 4*



Fig. 5

**U.S. Patent**    Dec. 26, 2006    Sheet 6 of 12    US D534,321 S



*Fig. 6*



*Fig. 1*

U.S. Patent    Dec. 26, 2006    Sheet 8 of 12    US D534,321 S



Fig. 8

**U.S. Patent**    Dec. 26, 2006    Sheet 9 of 12    US D534,321 S



Fig. 9



Fig. 10



*Fig. 11*

**U.S. Patent**     Dec. 26, 2006     Sheet 12 of 12     US D534,321 S



*Fig. 12*

# Exhibit B

Dogs & Puppies
Cats & Kittens
Rabbits & Bunnies
Small Animals
Birds
Exercise Pens
Chain-Link Kennels
Pet Beds
Vehicle Barriers
Grooming Tables
Waste Removal Tools
Miscellaneous

Product Quick Links



## *Model 1805 Hide-A-Way*
*Litter Box Cover or Pet Retreat*

*Size:* 23 1/4 L x 17 1/4 W x 19 3/4 H"

*Mesh:* 1 1/2 x 5"

*Wire Gauge:* 3, 6, 7, 9, 12

*Weight:* 13 lbs. (product) / 15 lbs. (in carton)

*Accessories:* 40224/CN/GY, 40324-SL/-TN, 40430, 40624-BK/-CL

*UPC:* 0 27773 00559 9









**With a litter box, it is a stylish Litter Box Cover giving your cat some privacy. (above)**

**With a Quiet Time Pet Bed, it is a cozy Pet Retreat for those times your pet wants to get away. (right)**

*Designed by MIDWEST ~ Manufactured in China*

*Bay Isle I*

# Exhibit C

Midwest Homes 4 Pets | Where to Buy

  **America's Largest Home Builder For Pets**

*Where to Buy* | *Why Crate Train?* | *How To Crate Train* | *What's New* | *Assembly Instructions* | *Find the Right Sized Crate!!* | *Home*

**Toll Free Helpline: (800) 428-8560 - Monday-Friday, 9am-4pm (EST)**

Dogs & Puppies
Cats & Kittens
Rabbits & Bunnies
Small Animals
Birds
Exercise Pens
Chain-Link Kennels
Pet Beds
Vehicle Barriers
Grooming Tables
Waste Removal Tools
Miscellaneous

Product Quick Links

| Company Name | Address | City | State | Phor |
|---|---|---|---|---|
| G & J Pet Center | 1021 Hwy. 431 No. | Anniston | AL | 256- |
| Tractor Supply # 774 | 1067 N Brindlee Mountain Pkwy | Arab | AL | 256- |
| Tractor Supply Company #415 | 601 U S Hwy. 72 West | Athens | AL | 256- |
| Pet Supermarket #264 | 1423 Gladsden Hwy. | Birmingham | AL | 205- |
| Pet Supplies Plus | 9711 Parkway East | Birmingham | AL | 205- |
| Pets America | 2652 Valleydale Rd. | Birmingham | AL | 205- |
| Superpetz #565 | 7958 Crestwood Blvd. | Birmingham | AL | 205- |
| Tractor Supply #772 | 2085 US Hwy 431 South | Boaz | AL | 256- |
| Prestigious Pets | 204 1st St NW | Cullman | AL | 256- |
| Tractor Supply Company #434 | 1807 Second Ave., SW | Cullman | AL | 256- |
| Pet Depot | 1000 Beltline Rd. SW Unit F | Decatur | AL | |
| PetsMart | 3500 Ross Clark Cir | Dothan | AL | |
| Pet Haven | 16 S. Church | Fairhope | AL | 334- |
| Pet Depot | 244 Seville St. | Florence | AL | |
| Tractor Supply Company #556 | 100 DeKalb Plaza Blvd. | Ft. Payne | AL | 256- |
| Anns Fish & Pets | 1529 Decatur Hwy. | Fultondale | AL | 205- |
| Superpetz #567 | 255 Lakeshore Pkwy | Homewood | AL | 205- |
| Pet Supermarket #268 | 2772 John Hawkins Pkwy | Hoover | AL | 205- |
| Pet Pantry | 10099 S. Memorial Parkway | Huntsville | AL | 256- |
| The Pet Gallery | 930A1 Monrovia Rd. | Huntsville | AL | 256- |
| Tractor Supply # 798 | 1200 Hwy 78 West Suite A | Jasper | AL | 205- |
| B & B Pet Stop | 5035 Cottage Hill Rd. | Mobile | AL | 251- |
| B&B Pet Stop Inc. | 5035 Cottage Hill Rd. | Mobile | AL | 334- |
| Pet Supplies Plus #8017 | 803 Hillcrest Rd. | Mobile | AL | 251- |