IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv048-WHA |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This action was filed by the Plaintiff on January 16, 2007. For aught that appears from the file, the Defendant has not yet been served with process. Therefore, it is hereby

ORDERED that **on or before 120 days from January 16, 2007**, the Plaintiff either effect service of process or show cause why this case should not be dismissed without prejudice pursuant to the provisions of Rule 4(m), *Fed.R.Civ.P.*

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE