AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

SIMPSON VENTURES, INC,
Plaintiff

V.

MIDWEST METAL PRODUCTS COMPANY, INC
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv48-WHA

TO: (Name and address of Defendant)

MidWest Metal Products Company, Inc.
4211 E. Jackson Street
Muncie, Indiana 47303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hon. Robert T. Meadows, III         Hon. Arthur A. Gardner
Capell & Howard, P.C.               Gardner, Gross, Santos and
3120 B. Frederick Road (36801)      Greenwald, P.C.
P.O. Drawer 2268                    2018 Power Ferry Road, Suit 800
Opelika, Alabama 36803-2268         Atlanta, Georgia 30339

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     5/16/07
_____              _____
CLERK                                           DATE

_____
(By) DEPUTY CLERK