**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MidWest Metal Products Co.
   4211 E. Jackson Street
   Muncie, Indiana 47303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deliah Garrett_    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Deliah Garrett                5-21-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)
   7006 3450 0000 3377 2993

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540