IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:07-CV-48-WHA ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COME NOW the undersigned and make their appearance as counsel on behalf of the Defendant, Midwest Metal Products Company, Inc. The Complaint was served on the Defendant on May 21, 2007. The Defendant anticipates filing its responsive pleading within the time allowed under the Federal Rules of Civil Procedure.

Respectfully submitted,

BRETT A. ROSS (ASB-6771-O76B)

GREGORY A. BROCKWELL (ASB-9949-R-49B)

Attorneys for Defendant Midwest Metal
Products, Inc.

OF COUNSEL:

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-2057
E-mail: bar@carrallison.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served on the following, via U.S. Mail, postage pre-paid and properly addressed on this the 6 th day of June, 2007:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

                                                                       Of Counsel