## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **SIMPSON VENTURES, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 3:07-CV-048-WHA** |
| | ) | |
| **MIDWEST METAL PRODUCTS** | ) | |
| **COMPANY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's general Order No. 3047:

There are no entities to be reported.


June 11, 2007                         */s/ Robert T. Meadows, III*
Date                                  One of the Attorneys for Plaintiff Simpson
                                      Ventures, Inc.


OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone: (334) 501-1640
Facsimile: (334) 501-4512

OF COUNSEL:

Arthur A. Gardner
agardner@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, P.C.
2018 Power Ferry Road, Suite 800
Atlanta, Georgia 30339
Telephone: (770) 984-2300
Facsimile: (770) 984-0098

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I have served an exact copy of the above and foregoing by placing the same in the United States mail, postage prepaid, properly addressed, this the 11th day of June, 2007, upon the following:

Mr. Brett A. Ross, Esq.
Mr. Gregory A. Brockwell
Carr Allison
Attorneys at Law
100 Vestavia Parkway
Birmingham, Alabama 35216

/s/ Robert T. Meadows, III
OF COUNSEL