## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## <u>EASTERN DIVISION</u>

| | |
|---|---|
| SIMPSON VENTURES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MID-WEST METAL PRODUCTS ) <br> COMPANY, INC. ) <br> ) <br> Defendant. ) <br> ————————————————) <br> ) <br> MID-WEST METAL PRODUCTS ) <br> COMPANY, INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> SIMPSON VENTURES, INC., ) <br> ) <br> Counterdefendant. ) | Case No. 3:07-cv-00048 WHA-CSC <br><br> **Demand for Jury Trial** |

### <u>MID-WEST METAL'S DISCLOSURE STATEMENT UNDER RULE 7.1</u>

Defendant and Counterclaimant Mid-West Metal Products, Inc., by and through its undersigned attorneys, states that no parent corporation or publicly held corporation owns 10% or more of the stock of Mid-West Metal Products, Inc. Furthermore, Mid-West Metal Products, Inc. has no subsidiaries or affiliates.

    Respectfully submitted,

    s/ *Brett A. Ross*
    Brett A. Ross
    Gregory A. Brockwell
    C<small>ARR</small> A<small>LLISON</small>
    100 Vestavia Parkway
    Birmingham, Alabama  35216
    (205) 822-2006

*Pro Hac Vice (pending):*
James M. Hinshaw
BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
(317) 635-8900

*Attorneys for Defendant/Counterclaimant, Mid-West Metal Products Company, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, a copy of the foregoing "Mid-West Metal's Disclosure Statement Under Rule 7.1" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert T. Meadows
CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
rtm@chlaw.com

Arthur A. Gardner
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
agardner@gardergroff.com

                                                                                               s/ *Brett A. Ross*

Brett A. Ross
Gregory A. Brockwell
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama  35216

1161477