**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **SIMPSON VENTURES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 3:07-CV-48-WHA** |
| | ) |
| **MIDWEST METAL PRODUCTS** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

---

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

Comes now the Defendant, Midwest Metal Products Company, Inc., by and through its undersigned counsel, who is a member in good standing of this Court, and moves the Court to allow James Hinshaw of the law firm of Bingham ● McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to appear of record in the above-entitled cause and participate *pro hac vice* in this civil action pursuant to Local Rule 83.1(b).  As grounds for this motion, Midwest Metal Products Company shows the Court as follows:

1.	James Hinshaw is an attorney licensed to practice law in the State of Indiana, having been admitted in 1992.  He is a member in good standing of the bar of Indiana.  In addition, he has been admitted to practice before the United States Court of Appeals for the Seventh, Ninth, and Eleventh Circuits.  He is also admitted to practice in the United States District Court for the Southern District of Indiana as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as "Exhibit A."  Concurrent with the filing of this motion, Mr. Hinshaw has paid the $20.00 fee for his admission *pro hac vice*.

2.	Mr. Hinshaw is familiar with the law, facts and procedures related to the subject matter of this litigation and his law firm has represented Midwest Metal Products Company

previously, including the case of <u>Simpson Ventures v. Midwest Metal Products</u>, 06-CV-901-

WKW, currently pending in this Court.

WHEREFORE, THE PREMISES CONSIDERED, Midwest Metal Products Company

moves this Court to enter an order permitting James Hinshaw of the law firm of Bingham •

McHale, LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 to

appear of record and participate *pro hac vice* before the United States District Court for the

Middle District of Alabama for the purpose of representing Midwest Metal Products Company.

Respectfully submitted,


s/Gregory A. Brockwell
BRETT A. ROSS (ASB-6771-O76B)
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorneys for Defendant Midwest Metal
Products, Inc.


**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-2057
E-mail: gab@carrallison.com


**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing pleading upon all
counsel of record in this cause by electronically filing the foregoing with the Clerk of the Court
using the CM/ECF system which will send notification of such filing to the following on this the
15th day of April, 2007:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

s/Gregory A. Brockwell
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SIMPSON VENTURES, INC.,                     )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            ) Civil Action No. 3:07-CV-48-WHA
                                            )
MIDWEST METAL PRODUCTS                      )
COMPANY, INC.,                              )
                                            )
        Defendant.                          )

MOTION TO ADMIT COUNSEL *PRO HAC VICE*
EXHIBIT A

*United States District Court*

*For the Southern District of Indiana*



# CERTIFICATE OF GOOD STANDING

*I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that*

## JAMES M. HINSHAW

*was duly admitted and qualified as an Attorney and Counselor of said Court on October 26, 1992, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.*

*Clerk of the United States District Court*

*By:* *Deputy Clerk*

**Issued:** June 4, 2007