IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SIMPSON VENTURES, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-48-WHA |
| ) | |
| **MIDWEST METAL PRODUCTS** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**AMENDED REPORT OF PLANNING MEETING**

COMES NOW Mid-West Metal Products Company, Inc., by and through its undersigned counsel of record, and provides the following Amended Report of Planning Meeting in response to the Court's order changing the trial date (Doc. No. 17):

1. With its order (Doc. No. 17), the Court changed the trial of this matter from the trial term beginning July 7, 2008, to the trial term beginning June 23, 2008.

2. Sections 9, 10, and 11 of the Court's scheduling order (Doc. No. 16) set a deadline of June 6, 2008, for various pre-trial tasks, including the exchange of witness lists, exhibit lists, and deposition designations.

3. The effect of the new trial date (Doc. No. 17), was to make the deadline for filing objections to the opposing parties' exhibit list the same as the deadline for filing the exhibit list itself, effectively eliminating the opportunity to state any such objections.

4. To remedy this situation, Mid-West Metal hereby requests that the Court enter an amended scheduling order that changes the deadline for the tasks in Sections 9, 10, and 11 of the Court's outstanding scheduling order (Doc. No. 16) from June 6, 2008, to May 30, 2008.

5. Such a change will allow the parties seven (7) days to state objections to the opposing party's exhibits, and no party will be prejudiced by the change.

6. As suggested by the Court's order (Doc. No. 17), counsel for Mid-West Metal has made multiple attempts to contact opposing counsel to discuss this proposed change and to submit an "Amended Report of Parties' Planning Meeting." Unfortunately, opposing counsel has not yet responded, and Mid-West Metal is unilaterally filing this Report to comply with the Court's deadline of August 24, 2007.

        Respectfully submitted,

        /s/ Gregory A. Brockwell
        BRETT A. ROSS
        GREGORY A. BROCKWELL
        *Counsel for Mid-West Metal Products*

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, AL 35216
Telephone:    (205) 822-2006
Facsimile:    (205) 833-2057
E-Mail:       bross@carrallison.com
              gbrockwell@carrallison.com

James M. Hinshaw
**BINGHAM MCHALE LLP**
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
Telephone:    (317) 635-8900
Facsimile:    (317) 236-9907
E-Mail:        jhinshaw@binghammchale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 24TH day of August, 2007:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, AL 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, GA 30339

    /s/ Gregory A. Brockwell
    Of Counsel