**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 25, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Simpson Ventures, Inc. v. Midwest Metal Products Company, Inc.

Case Number:   3:07cv00048-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously omitted.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 22   filed on   October 24, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MID-WEST METAL PRODUCTS COMPANY, INC. | ) |
| | ) |
|     Defendant. | ) Civil Action No. 3:07-cv-00048 WHA-CSC |
| | ) |
| | ) Demand for Jury Trial |
| MID-WEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
|     Counterclaimant, | ) |
| | ) |
| v. | ) |
| | ) |
| SIMPSON VENTURES, INC., | ) |
| | ) |
|     Counterdefendant. | ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the Plaintiff, Simpson Ventures, Inc., by and through its undersigned attorney, and respectfully moves this Honorable Court to enter a Protective Order as agreed to by the parties. A Stipulated Protective Order is attached hereto and made a part hereof for consideration by this Honorable Court.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
Alabama Bar No. MEA012
One of the Attorneys for Plaintiff SIMPSON VENTURES, INC.

OF COUNSEL
CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803
334.501.1540 (ph)
334.501.4512 (fax)

OF COUNSEL
Arthur A. Gardner
agardner@gardnergroff.com
Joseph W. Staley
jstaley@gardnergroff.com
GARDNER GROFF SANTOS & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
770.984.2300 (ph)
770.984.0098 (fax)

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 25th day of October, 2007:

Brett A. Ross
Gregory A. Brockwell
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
bar@carrallison.com
gab@carrallison.com

Pro Hac Vice:
James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900

Attorneys for Defendant Mid-West Metal Products Company, Inc.

                              */s/ Robert T. Meadows, III*
                              Robert T. Meadows, III
                              Alabama Bar No. MEA012
                              One of the Attorneys for Plaintiff SIMPSON VENTURES, INC.