IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv048-WHA |
| | ) |
| MIDWEST METAL PRODUCTS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #25), filed on behalf of Neal Bowling on October 30, 2007, and it appearing that Neal Bowling is a member in good standing of the United States District Court for the Southern District of Indiana, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 31st day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE