# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>      Plaintiff, )<br>v. )<br>  )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC. )<br>      Defendant. )<br>_____ )<br>  )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC., )<br>      Counterclaimant, )<br>v. )<br>  )<br>SIMPSON VENTURES, INC., )<br>      Counterdefendant. )<br>_____ ) | Case No. 3:07-cv-00048 WHA-CSC |

## STIPULATED MOTION FOR STAY
## AND EXTENSION OF DISCOVERY PERIOD

This case is presently scheduled for the court's trial term commencing on July 8, 2008, with discovery to be completed by March 30, 2008.

The parties to this action are also parties in a separate civil action on another design patent (Case No. 3:06-cv-901-WKW, M.D. Alabama, Eastern Division, before Judge Watkins). As part of that action, the parties engaged in in-person *mediation* in Chicago on November 16, 2007. The parties were unable to reach resolution at the mediation, but their discussions into an agreed resolution are continuing. The parties

1

anticipate that with the intervening holidays, these discussions will extend into January of 2008.

Any resolution of the action before Judge Watkins would likely also resolve this action as well. The parties would like to avoid incurring unnecessary expense in conducting depositions and other discovery while the parties investigate non-judicial settlement options. Accordingly, the parties jointly stipulate to and hereby request a two-month stay of discovery and concordant extension of the deadlines set in the Uniform Scheduling Order issued 6 August 2007, and the trial date. A proposed Order to this effect is submitted herewith.

Dated this __10TH__ day of December, 2007.

Counsel for Plaintiff:

Joseph W Staley - pro hac vice
Georgia Bar No. 142,571
GARDNER GROFF GREENWALD &
VILLANUEVA, PC
2018 Powers Ferry Road
Suite 800
Atlanta, Georgia 30339
Tel: (770) 984-2300
Fax: (770) 984-0098
Email: jstaley@gardnergroff.com

Counsel for Defendants

James M. Hinshaw- pro hac vice
Counsel for the Defendants
Bingham McHale, LLP
2700 Market Tower
10 W. Market Street
Indianapolis, Indiana 46204-4900
Telephone: (317) 635-8900
Email: JHinshaw@binghammchale.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., <br>       Plaintiff, <br> v. <br><br> MID-WEST METAL <br> PRODUCTS <br> COMPANY, INC. <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| _____ | ) | Case No. 3:07-cv-00048 WHA-CSC |
| MID-WEST METAL <br> PRODUCTS <br> COMPANY, INC., <br>       Counterclaimant, <br> v. <br><br> SIMPSON VENTURES, INC., <br>       Counterdefendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## ORDER GRANTING STAY AND EXTENDING DISCOVERY PERIOD

For good cause shown and upon stipulation of the parties, discovery is stayed and

the deadlines set in the Uniform Scheduling Order issued 6 August 2007 are extended for

a period of two months.

This cause is re-set for trial during the term of the court commencing on

_____.

_____
United States District Judge