IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv048-WHA |
| ) | |
| MIDWEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Stipulated Motion for Stay and Extension of Discovery Period (Doc. #27), filed by the parties. The court is willing to accommodate the parties in moving the trial date and in changing deadlines, but will do so in the following manner:

1. Trial of this case, presently scheduled for June 23, 2008, is CONTINUED and RESET for the term of court commencing November 17, 2008, in Opelika, Alabama. Pretrial hearing, previously scheduled for May 30, 2008, is RESCHEDULED for October 24, 2008, at a time and place to be set by later order.

2. The parties are given **until January 4, 2008**, to submit a Revised Report of Parties Planning Meeting containing any requests they may have for changing specific deadline dates set out in the court's Revised Scheduling Order (Doc. #21), issued on August 29, 2007.

3. The Stipulated Motion is DENIED as moot.

DONE this 11th day of December, 2007.

/s/ W. Harold Albritton

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE