IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

RECEIVED
2007 DEC 18 A 10: 04
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>Defendant. )<br>_____ )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>SIMPSON VENTURES, INC., )<br>)<br>Counterdefendant. ) | Case No: 3:07-cv-00048-WHA CSC<br><br>**Demand for Jury Trial** |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now the Plaintiff, Simpson Ventures, Inc., by and through its undersigned counsel who is a member in good standing of this Court, and moves the Court to allow Bradley Kenneth Groff of the law firm Gardner, Groff, Greenwald & Villanueva, P.C. to appear of record in the above-entitled cause and participate *pro hac vice* in this civil action pursuant to Local Rule 83.1(b). As grounds for this motion, Simpson Ventures, Inc. shows the Court as follows:

1.      Bradley Kenneth Groff is an attorney licensed to practice law in the State of Georgia, having been admitted in 1994. He is a member in good standing of the bar of

Georgia. He is registered to practice before the United States Patent and Trademark Office. He is also admitted to practice in the United States District Court for the Northern District of Georgia as evidenced by the Certificate of Good Standing which is attached hereto and made a part hereof as Exhibit A. Concurrent with the filing of this motion, Mr. Groff has paid the $20.00 fee for his admission *pro hac vice.*

2. Mr. Groff is familiar with the law, facts and procedures related to the subject matter of this litigation and his law firm has represented Simpson Ventures, Inc. for several years.

WHEREFORE, THE PREMISES CONSIDERED, Simpson Ventures, Inc. moves this Court to enter an order permitting Bradley Kenneth Groff of the law firm of Gardner, Groff, Greenwald & Villanueva, P.C. to appear of record and participate *pro hac vice* before the United States District Court, Middle District of Alabama, for the purpose of representing Simpson Ventures, Inc. in this case.

Respectfully submitted,

_____
Robert T. Meadows, III (MEA012)
Attorney for the Plaintiff Simpson Ventures, Inc.

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
334.501.1540 (ph)
334.501.4512 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the /7th day of ____December____, 2007, I have served the above and foregoing Motion on the Defendant by serving them at the following address:

James M. Hinshaw
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900
(317) 635-8900
*Pro Hac Vice*

Brett A. Ross
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006

(And via Email to James M. Hinshaw at jhinshaw@bringhammchale.com)

*Attorneys for Defendant Mid-West Metal Products Company, Inc.*

_____
OF COUNSEL



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        }
                                } ss.
NORTHERN DISTRICT OF GEORGIA    }

       I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **BRADLEY K. GROFF, 312930,** was duly admitted to practice in said Court on November 4, 1994 and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 10th day of December, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001766
Cashier ID: dyates
Transaction Date: 12/18/2007
Payer Name: CAPELL AND HOWARD
------------------------------------
PRO HOC VICE
  For: BRADLEY KENNETH GROFF
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
------------------------------------
CHECK
  Check/Money Order Num: 000855
  Amt Tendered:   $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:       $0.00

3:07-CV-00048
```