## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC. | ) | |
| Defendant. | ) | |
| | ) | Case No. 3:07-cv-00048 WHA-CSC |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
| Counterdefendant. | ) | |
| | ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT REVISED REPORT OF PARTIES PLANNING MEETING

This case is presently scheduled for the court's trial term commencing on November 17, 2008.

As the parties have previously stated to this Court, the parties to this action are also parties in a separate civil action on another design patent (Case No. 3:06-cv-901-WKW, M.D. Alabama, Eastern Division, before Judge Watkins).  As part of the conversations between the parties regarding changes to the Court's Revised Scheduling Order (Doc #21), the parties have begun to discuss the possibility of consolidating the two separate civil actions in an effort to minimize the use of judicial resources and to

streamline the process for both parties.   Unfortunately, because of the holidays, this

proposal was not discussed until very recently and the parties have not had an opportunity

to fully address these developments.   The parties are committed to continuing these

discussions and to further explore the possibility of consolidating the two separate cases.

Accordingly, the parties jointly stipulate to and hereby request a 10-day extension to

submit a Revised Report of Parties Planning Meeting.   A proposed Order to this effect is

submitted herewith.


        Dated this 4th day of January, 2008.

Counsel for Plaintiff:                          Counsel for Defendants

s/Joseph W Staley (with                         s/_Neal Bowling_____ _____
permission)_____                     Neal Bowling- pro hac vice
Joseph W Staley – pro hac vice                  Indiana Bar No. 19278-41
Georgia Bar No. 142,571                         Counsel for the Defendants
GARDNER GROFF GREENWALD &                       Bingham McHale, LLP
VILLANUEVA, PC                                  2700 Market Tower
2018 Powers Ferry Road                          10 W. Market Street
Suite 800                                       Indianapolis, Indiana 46204-4900
Atlanta, Georgia 30339                          Telephone: (317) 635-8900
Tel: (770) 984-2300                             Email: JHinshaw@binghammchale.com
Fax: (770) 984-0098
Email:  jstaley@gardnergroff.com