IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>      Plaintiff, )<br>v. )<br>)<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC. )<br>      Defendant. )<br>_____)<br>)<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC., )<br>      Counterclaimant, )<br>v. )<br>)<br>SIMPSON VENTURES, INC., )<br>      Counterdefendant. )<br>_____) | Case No. 3:07-cv-00048 WHA-CSC |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT REVISED REPORT
OF PARTIES PLANNING MEETING**

This case is presently scheduled for the court's trial term commencing on November 17, 2008.

As the parties have previously stated to this Court, the parties to this action are also parties in a separate civil action on another design patent (Case No. 3:06-cv-901-WKW, M.D. Alabama, Eastern Division, before Judge Watkins). As part of the conversations between the parties regarding changes to the Court's Revised Scheduling Order (Doc #21), the parties have begun to discuss the possibility of consolidating the two separate civil actions in an effort to minimize the use of judicial resources and to

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE