IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDWEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>************************************************** )<br>)<br>MIDWEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>Counterclaimaint, )<br>)<br>SIMPSON VENTURES, INC. )<br>)<br>Counterdefendant. ) | Civil Action No. 3:07-CV-48-WHA |

**MOTION TO WITHDRAW**

COMES NOW Attorney Gregory A. Brockwell and hereby moves to withdraw as counsel of record for Midwest Metal Products Company, Inc. in the above-referenced matter, stating as grounds that (1) Attorney Brockwell is leaving his employment with Carr Allison for a position with another firm effective January 11, 2008; (2) Attorneys James M. Hinshaw and Brett A. Ross will remain lead counsel of record; and (3) no party will be prejudiced by said withdrawal.

Respectfully submitted,

s/Gregory A. Brockwell
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorney for Midwest Metal
Products, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-2057
E-mail: gbrockwell@carrallison.com

James M. Hinshaw
BINGHAM MCHALE LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN  46204-4900
Telephone:   (317) 635-8900
Facsimile:   (317) 236-9907
E-Mail:      jhinshaw@binghammchale.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 8th day of January, 2008:

Robert T. Meadows, III
Capell & Howard, P.C.
3120 Frederick Road
P. O. Drawer 2268
Opelika, Alabama 36803

Arthur A. Gardner
Gardner, Groff, Santos & Greenwald, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339

                                            /s/   Gregory A. Brockwell
                                            Of Counsel