IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDWEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>************************************************ )<br>)<br>MIDWEST METAL PRODUCTS )<br>COMPANY, INC. )<br>)<br>Counterclaimaint, )<br>)<br>SIMPSON VENTURES, INC. )<br>)<br>Counterdefendant. ) | Civil Action No. 3:07-CV-48-WHA |

## MOTION TO WITHDRAW

COMES NOW Attorney Gregory A. Brockwell and hereby moves to withdraw as counsel of record for Midwest Metal Products Company, Inc. in the above-referenced matter, stating as grounds that (1) Attorney Brockwell is leaving his employment with Carr Allison for a position with another firm effective January 11, 2008; (2) Attorneys James M. Hinshaw and Brett A. Ross will remain lead counsel of record; and (3) no party will be prejudiced by said withdrawal.

Respectfully submitted,

s/Gregory A. Brockwell
GREGORY A. BROCKWELL (ASB-9949-R49B)

Attorney for Midwest Metal
Products, Inc.

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20 08
_____
UNITED STATES DISTRICT JUDGE