IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MID-WEST METAL PRODUCTS )<br>COMPANY, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:07cv048-WHA |

## **ORDER**

This case is before the court on the Motion to Consolidate Actions (Doc. #36) and Mid-West Metal's Partial Objection (Doc. #37).

It is the usual practice of judges in this court to allow consolidation of related cases only into the first-filed case. Therefore, it is hereby

ORDERED that the Motion to Consolidate Actions is DENIED.

DONE this 31st day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE