IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 307cv48-WHA |
| ) | |
| MID-WEST METAL PRODUCTS CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Mid-West Metal's Motion to Extend Deadlines for Certain Discovery and to Extend Deadline for Dispositive Motions (Doc. #40), filed on May 15, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 27, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 19 day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE