IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07CV48-WHA |
| ) | |
| MID-WEST METAL PRODUCTS CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

It having come to the court's attention that its previous Order re-setting the trial term of this case included a typographical error, it is hereby ORDERED that the case is set on the term of court beginning April 6, 2009, not April 9, 2009.

Done this 29th day of May, 2008.

                                              /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE