IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv048-WHA |
| ) | |
| MID-WEST METAL PRODUCTS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of Plaintiff's Motion in Limine (Doc. #45), filed on August 13, 2008, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before September 5**, **2008** why the motion should not be granted. The Plaintiff shall have **until September 19, 2008**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing unless the court sets oral argument by later order.

DONE this 14th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE