IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC. | ) | |
|     Defendant. | ) | |
| _____ | ) | Case No. 3:07-cv-00048 WHA-CSC |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC., | ) | |
|     Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
|     Counterdefendant. | ) | |
| _____ | ) | |

**JOINT MOTION FOR STAY OF BRIEFING SCHEDULE**

Simpson Ventures and Mid-West Metal move the Court to stay the briefing schedule in this matter, and state the following in support thereof:

1. On August 13, 2008, Simpson Ventures filed its motion in limine with respect to Mid-West Metal expert witness Bret Smith, as well as its brief in support thereof (Document Nos. 45 and 46).

2. On August 14, 2008, the Court ordered that Mid-West Metal must show cause by September 5, 2008 why the same should not be granted; Simpson Ventures was given until September 19, 2008 to reply to Mid-West Metal's showing of cause (Document No. 47).

3.      On August 22, 2008, the parties reached an agreement to settle this matter along with Cause No. 3:06-cv-00901-WKW, also pending in the U.S. District Court for the Middle District of Alabama. The agreement calls for both Simpson Ventures and Mid-West Metal to dismiss their claims and counterclaims with prejudice as part of the agreement.

4.      The parties are working diligently to finalize the written settlement agreement.

5.      In order to have sufficient time to finalize the settlement agreement and dismissal documents, the parties need a stay in the proceedings so that they may turn their full attention to drafting and memorializing the settlement agreement.

WHEREFORE, Mid-West Metal and Simpson Ventures pray that the briefing schedule in this matter be indefinitely stayed until further notice by the parties, and for all other just and appropriate relief.

Respectfully submitted,

| | |
|---|---|
| s/ Neal Bowling | s/ Arthur A. Gardner |
| | |
| Neal Bowling- pro hac vice, | Arthur A. Gardner |
| Indiana Attorney No. 19278-41 | Joseph Staley |
| James M. Hinshaw-pro hac vice, | Gardner, Groff, Santos & |
| Indiana Attorney No. 16744-49 | Greenwald, P.C. |
| Bingham McHale, LLP | 2018 Powers Ferry Road, Suite 800 |
| 2700 Market Tower | Atlanta, Georgia  30339 |
| 10 W. Market Street | Telephone: (770) 984-2300 |
| Indianapolis, Indiana 46204-4900 | Email: agardner@gardnergroff.com |
| Telephone: (317) 635-8900 | jstaley@gardnergroff.com |
| Email:  JHinshaw@binghammchale.com | |
| NBowling@binghammchale.com | Robert T. Meadows, III |
| | Capell & Howard, P.C. |
| Brett A. Ross | 3120 Frederick Road |
| Carr Allison | P. O. Drawer 2268 |
| 100 Vestavia Parkway | Opelika, Alabama  36803 |
| Birmingham, Alabama  35216 | Telephone:  (334) 501-1540 |
| Telephone:  (205) 949-2938 | Email:  rtm@chlaw.com |
| Email:  bross@carrallison.com | |
| | Counsel for the Plaintiff |
| Counsel for the Defendant | |

Date:  August 26, 2008

1324599 / 11128.66351

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>**

| | |
|---|---|
| SIMPSON VENTURES, INC.,           )<br>          Plaintiff,          )<br>v.                                             )<br>                                                  )<br>MID-WEST METAL            )<br>PRODUCTS                          )<br>COMPANY, INC.                  )<br>          Defendant.        )<br>_____)<br>                                                  )<br>MID-WEST METAL            )<br>PRODUCTS                          )<br>COMPANY, INC.,                 )<br>          Counterclaimant,   )<br>v.                                             )<br>                                                  )<br>SIMPSON VENTURES, INC.,           )<br>          Counterdefendant.   )<br>_____) | Case No. 3:07-cv-00048 WHA-CSC |

**<u>ORDER GRANTING MOTION FOR STAY OF BRIEFING SCHEDULE</u>**

Simpson Ventures, Inc. ("Simpson Ventures") and Mid-West Metal Products Company, Inc. ("Mid-West Metal"), having moved the Court to stay the briefing schedule in this matter, and the Court being duly advised in the premises and having considered said Motion, now finds this Motion meritorious and hereby orders said Motion GRANTED.

IT IS, THEREFORE, ORDERED that the briefing schedule established by the Court in its order of August 14, 2008 (Document No. 47) is suspended until further notice by the Court. The parties shall advise the Court no later than three (3) weeks from the date of this Order as to the status of the anticipated dismissal of this matter.

Dated: _____                              _____
                                                 JUDGE, United States District Court
                                                 for the Middle District of Alabama
                                                 Eastern Division


Distribution to:

James M. Hinshaw - pro hac vice
Neal Bowling - pro hac vice,
BINGHAM MCHALE, LLP
JHinshaw@binghammchale.com
NBowling@binghammchale.com

Brett A. Ross
CARR ALLISON
bross@carrallison.com

Robert T. Meadows, III
CAPELL & HOWARD, P.C.
rtm@chlaw.com

Arthur A. Gardner
Joseph Staley
GARDNER, GROFF, SANTOS & GREENWALD, P.C.
agardner@gardnergroff.com
jstaley@gardnergroff.com

1324726 / 11128.66351