**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIMPSON VENTURES, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC. | ) | |
|     Defendant. | ) | |
| ————————————— | ) | Case No. 3:07-cv-00048 WHA-CSC |
| | ) | |
| MID-WEST METAL | ) | |
| PRODUCTS | ) | |
| COMPANY, INC., | ) | |
|     Counterclaimant, | ) | |
| v. | ) | |
| | ) | |
| SIMPSON VENTURES, INC., | ) | |
|     Counterdefendant. | ) | |
| ————————————— | ) | |

**ORDER GRANTING MOTION FOR STAY OF BRIEFING SCHEDULE**

Simpson Ventures, Inc. ("Simpson Ventures") and Mid-West Metal Products Company,

Inc. ("Mid-West Metal"), having moved the Court to stay the briefing schedule in this matter,

and the Court being duly advised in the premises and having considered said Motion, now finds

this Motion meritorious and hereby orders said Motion GRANTED.

IT IS, THEREFORE, ORDERED that the briefing schedule established by the Court in

its order of August 14, 2008 (Document No. 47) is suspended until further notice by the Court.

The parties shall advise the Court no later than three (3) weeks from the date of this Order as to

the status of the anticipated dismissal of this matter.

Dated: *Aug. 27, 2008*

JUDGE, United States District Court
for the Middle District of Alabama
Eastern Division

Distribution to:

James M. Hinshaw - pro hac vice
Neal Bowling - pro hac vice,
BINGHAM MCHALE, LLP
JHinshaw@binghammchale.com
NBowling@binghammchale.com

Brett A. Ross
CARR ALLISON
bross@carrallison.com

Robert T. Meadows, III
CAPELL & HOWARD, P.C.
rtm@chlaw.com

Arthur A. Gardner
Joseph Staley
GARDNER, GROFF, SANTOS & GREENWALD, P.C.
agardner@gardnergroff.com
jstaley@gardnergroff.com

1324726 / 11128.66351

Respectfully submitted,


s/ Neal Bowling                           s/ Arthur A. Gardner

Neal Bowling- pro hac vice,               Arthur A. Gardner
Indiana Attorney No. 19278-41             Joseph Staley
James M. Hinshaw-pro hac vice,            Gardner, Groff, Santos &
Indiana Attorney No. 16744-49             Greenwald, P.C.
Bingham McHale, LLP                       2018 Powers Ferry Road, Suite 800
2700 Market Tower                         Atlanta, Georgia 30339
10 W. Market Street                       Telephone: (770) 984-2300
Indianapolis, Indiana 46204-4900          Email: agardner@gardnergroff.com
Telephone: (317) 635-8900                        jstaley@gardnergroff.com
Email: JHinshaw@binghammchale.com
       NBowling@binghammchale.com
                                          Robert T. Meadows, III
Brett A. Ross                             Capell & Howard, P.C.
Carr Allison                              3120 Frederick Road
100 Vestavia Parkway                      P. O. Drawer 2268
Birmingham, Alabama 35216                 Opelika, Alabama 36803
Telephone: (205) 949-2938                 Telephone: (334) 501-1540
Email: bross@carrallison.com              Email: rtm@chlaw.com

Counsel for the Defendant                 Counsel for the Plaintiff


Date: August 26, 2008



1324599 / 11128.66351