IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SIMPSON VENTURES, INC., )<br>            Plaintiff, )<br>v. )<br>  )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC. )<br>            Defendant. )<br>_____ )<br>  )<br>MID-WEST METAL )<br>PRODUCTS )<br>COMPANY, INC., )<br>            Counterclaimant, )<br>v. )<br>  )<br>SIMPSON VENTURES, INC., )<br>Counterdefendant. ) | Case No. 3:07-cv-00048 WHA-CSC<br><br>(WO) |

ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Simpson Ventures, Inc., by counsel, and Defendant, Mid-West Metal Products Company, Inc., by counsel, having informed the Court that they have reached a settlement of the action and having filed a Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, the Court now grants said Dismissal.

IT IS THEREFORE ORDERED that all claims and counterclaims in this action be, and hereby are, dismissed with prejudice. Each of the parties shall bear its own costs, fees, and expenses, including but not limited to its own attorneys' fees and costs.  The Court shall retain jurisdiction over this matter only as needed to enforce the terms of the private settlement agreement.

Done this 12th day of September, 2008.          /s/ W. Harold Albritton
                                                W. HAROLD ALBRITTON

SENIOR UNITED STATES DISTRICT JUDGE

Distribution to:
James M. Hinshaw - pro hac vice
Neal Bowling - pro hac vice,
BINGHAM MCHALE, LLP
JHinshaw@binghammchale.com
Nbowling@binghammchale.com

Brett A. Ross
CARR ALLISON
bross@carrallison.com
Robert T. Meadows, III
CAPELL &HOWARD, P.C.
rtm@chlaw.com

Arthur A. Gardner
Joseph Staley
GARDNER, GROFF, SANTOS &GREENWALD, P.C.
agardner@gardnergroff.com
jstaley@gardnergroff.com